IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jill E. Mancini                           :
                                          :
        v.                      :       No. 1841 C.D. 2019
                                            :
County of Northampton,             :
               Appellant         :

**PER CURIAM**                 **O R D E R**

NOW, March 12, 2021, having considered Appellant's application for reargument, the application is denied.